IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>**DONALDO JOSUE ELIAS-CRUZ,**<br><br>Defendant. | ) <br> ) <br> ) NO. 25-926 MJ <br> ) <br> ) Count 1: 8 U.S.C. §1325(a)(1): <br> ) Illegal Entry Without Inspection <br> ) <br> ) Count 2: 50 U.S.C. § 797: <br> ) Penalty for Violation of Security <br> ) Regulations |

INFORMATION

The United States Attorney charges:

Count 1

On or about April 25, 2025, in Doña Ana County in the District of New Mexico, the defendant, **DONALDO JOSUE ELIAS-CRUZ**, who was then and there an alien, did knowingly and unlawfully enter into the United States from the Republic of Mexico, at a place not designated as a lawful Port of Entry by immigration officials of the United States for the entrance of immigrants into the United States.

In violation of 8 U.S.C. § 1325(a)(1).

Count 2

On or about April 25, 2025, in Doña Ana County in the District of New Mexico, the defendant, **DONALDO JOSUE ELIAS-CRUZ**, willfully violated the order issued on April 18, 2025, by the U.S. Army Garrison Fort Huachuca military commander designating the New Mexico National Defense Areas, also known as the Roosevelt Reservation, as both a restricted area and a

controlled area under Army Regulation 190-13, prohibiting the unauthorized entry into the New Mexico National Defense Areas, a defense property security regulation.

In violation of 50 U.S.C. § 797.

RYAN ELLISON
United States Attorney

*[signature]*

200 N. Church Street
Las Cruces, NM  88001
(575) 522-2304